1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   EDGE-WORKS MANUFACTURING              No.  2:22-cv-1432 DB
     COMPANY,
12
                   Plaintiff,
13                                         ORDER
           v.
14
     CONCEALED CARRIER, LLC d/b/a
15   TACTICON ARMAMENT,

16                 Defendant.

17

18        Plaintiff, proceeding through counsel, commenced this action on August 12, 2022, by

19   filing a complaint and paying the required filing fee.  (ECF No. 1.)  This matter is before the

20   undersigned pursuant to the Local Rules, Appendix A(m).  On August 24, 2022, plaintiff filed a

21   notice of request to seal and motion for temporary restraining order.  (ECF Nos. 10 & 11.)

22        Accordingly, IT IS HEREBY ORDERED that:

23        1.  Plaintiff's August 24, 2022 request to seal and motion for a temporary restraining order

24   (ECF Nos. 10 & 11) are set for hearing on **Friday, September 23, 2022, at 10:00 a.m**., at the

25   United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before

26   the undersigned;[1]

27   _____

28   [1] Parties shall appear at the hearing either telephonically or over video conference through the
     Zoom application (which is free and must be downloaded to your computer or mobile device

2.  Within seven days of the date of this order, plaintiff shall file proof of service of this order on the defendant;

3.  On or before September 9, 2022, defendant shall file a statement of opposition or non-opposition to plaintiff's motions;

4.  On or before September 9, 2022, defendant shall file a completed consent or decline to consent to the jurisdiction of a United States Magistrate Judge form; and

5. On or before September 16, 2022, plaintiff may file a reply.

Dated:  August 30, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/edge1432.seal.den.ord

prior to the hearing).  Parties proceeding in propria persona, on his or her own behalf, shall contact Mamendella York, the courtroom deputy of the undersigned magistrate judge at (916) 930-4128, no sooner than 4 days prior to the noticed or continued hearing date but no later than 48 hours prior to the hearing, to arrange their appearance either telephonically or over video conference.  Counsel will receive an email containing the necessary appearance information and must notify the courtroom deputy no later than 48 hours prior to the hearing to elect to appear either telephonically or over video conference.  The Zoom ID Number and password are confidential and are not to be given to anyone.  Persons granted remote access to these proceedings, whether by Zoom or by telephone, are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  Violation of these prohibitions may result in sanctions, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.